**Opinion issued August 2, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-11-00389-CV

————————————

**MICHELLE THOMPSON, D/B/A URBAN DIVAS HAIR STUDIO, Appellant**

**V.**

**HARRIS COUNTY UTILITY DISTRICT NO. 15, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 1036594**

---

## MEMORANDUM OPINION

The clerk's record in this appeal was due on May 16, 2011. The record was not timely filed because appellant failed to make payment arrangements for the record. On June 8, 2012, the Clerk of this Court sent appellant a notice that the

record was past due and had not been filed because she failed to arrange for payment. The Clerk allowed appellant until June 28, 2012 to file a written response establishing that payment arrangement had been made. The Clerk also invited appellant to file written explanation if she believed she was exempt from the obligation to pay for the appellate record; the Clerk instructed appellant that a written response claiming exemption was necessary even if she had previously claimed exemption from payment. Appellant filed no written response, and the appellate record still has not been filed.

The Clerk informed appellant that her appeal could be dismissed for want of prosecution without further notice if appellant failed to comply with the June 28, 2012 deadline. Appellant failed to comply. We dismiss this case for want of prosecution. *See* TEX. R. APP. P. 42.3(b) (authorizing involuntary dismissal of civil case for want of prosecution).

**PER CURIAM**


Panel consists of Justices Bland, Massengale, and Brown.

2